# United States Court of Appeals
## For the First Circuit

_____

No. 24-1466

BLANCA JANNETH QUINDI-QUIZHPILEMA; E. M.,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.
_____

**ORDER OF COURT**

Entered: September 17, 2024
Pursuant to 1st Cir. R. 27.0(d)

On September 10, 2024, Massachusetts Law Reform Institute filed a brief as amicus curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). In addition, Attorney Melanie Chaput must file an appearance form required by 1st Cir. R. 12.0(a) and 46.0(a)(2).

We further note that Massachusetts Law Reform Institute is directed to file a motion along with the proposed Amicus Brief that states the party's interest and reason for filing the amicus brief. See Fed. R. App. P. 29(a). A corrected amicus brief, an appearance form, and a motion must be filed no later than **September 24, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ellen VanScoyoc
Oil
Roberta O. Roberts
Melanie Marie Chaput