# United States Court of Appeals
## For the First Circuit

No. 24-1466

BLANCA JANNETH QUINDI-QUIZHPILEMA; E. M.,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: September 30, 2024
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by petitioners Blanca Janneth Quindi-Quizhpilema and E.M. on September 19, 2024, are not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). *<u>The caption on the petitioners' brief and appendix does not match the caption used by this court.</u>*

Petitioners Blanca Janneth Quindi-Quizhpilema and E.M. are ordered to file a conforming brief and appendix by **October 7, 2024**. The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for respondent's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ellen VanScoyoc
Oil
Roberta O. Roberts
Melanie Marie Chaput