# United States Court of Appeals
## For the First Circuit

No. 24-1466

BLANCA JANNETH QUINDI-QUIZHPILEMA; E. M.,

Petitioners,

v.

JAMES R. MCHENRY, Attorney General,

Respondent.

Before

Barron, <u>Chief Judge</u>,
Kayatta and Gelpí, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 22, 2025

    The government has filed an Unopposed Motion to Remand this immigration matter to the Board of Immigration Appeals ("<u>BIA</u>"). The motion is granted. The BIA's April 11, 2024, decisions are vacated and the matter is remanded for further proceedings consistent with the government's motion. Each side shall bear its own costs and fees.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donna Carr, Chief Clerk, Board of Immigration Appeals, Ellen VanScoyoc, Jeanne Funk, Melanie Marie Chaput, Adriana Lafaille, Jessie J. Rossman, Julian Bava, Oil, Roberta O. Roberts